1014

No. 11–26. WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC., ET AL. *v.* SEGARDIA DE JESUS, SECRETARY OF JUSTICE OF PUERTO RICO, ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–37. SILAS MONTEIRO *v.* HOLDER, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 11–102. NATIONAL PETROCHEMICAL & REFINERS ASSN. ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–162. CNOCKAERT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–274. AUTEN *v.* STEIGMANN ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–280. GLOBAL INDUSTRIAL TECHNOLOGIES, INC. *v.* HARTFORD ACCIDENT & INDEMNITY CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–281. AGUILAR-RAYGOZA *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–292. ALEA LONDON LTD. *v.* AMERICAN HOME SERVICES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–307. ZANGARA *v.* SOMERSET MEDICAL CENTER. Sup. Ct. N. J. Certiorari denied.

No. 11–332. BAO QUAN PAN *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 11–337. WESTERN RADIO SERVICES, CO., ET AL. *v.* UNITED STATES FOREST SERVICE. C. A. 9th Cir. Certiorari denied.

No. 11–340. SPRINT SPECTRUM, L. P. *v.* AYYAD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

